UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20190-CIV-UNGARO
95-751-CR-UNGARO

MARVIN GRIFFIN,
        Petitioner,
v.

UNITED STATES OF AMERICA,
        Respondent.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Defendant's Motion to Revisit Prior Ruling Denying a Motion for Recusal, and in the alternative, a Motion for Relief from Judgment, pursuant to Fed. R. Civ. P. 60(b).  (D.E. 45, 82.)  The matter was referred to Magistrate Judge Patrick A. White, who issued a Report on September 18, 2009, recommending that the motions be denied.  (D.E. 85.)  Petitioner filed timely objections to the magistrate's report on September 25, 2009, and the matter is now ripe for review.  The court has considered petitioner's objections, but agrees with the analysis contained in the magistrate's report.  Having conducted a *de novo* review of the record, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED.

DONE and ORDERED in Chambers, at Miami, Florida this 7th day of October, 2009.

                                                                             _____
                                                                             URSULA UNGARO
                                                                             UNITED STATES DISTRICT JUDGE

cc:  Marvin Griffin, *pro se*
      Magistrate Judge White