UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  02-20190-CIV-UNGARO
                              MAGISTRATE JUDGE P.A. WHITE

MARVIN GRIFFIN,                    :

          Petitioner,              :

                                        REPORT OF MAGISTRATE JUDGE
v.                                 :              (DE96)


UNITED STATES, et al.,             :

          Respondents.             :
_____

     This Cause is before the Court upon the motion (DE#96)of the
pro-se petitioner for reconsideration of an Order entered by United
States District Judge Ursula Ungaro. The motion is docketed as a
motion for reconsideration of Judge Ungaro's Order adopting the
Undersigned's Report and Recommendation to deny the petitioner's
motion to recuse, and motion for relief from judgement pursuant to
Rule 60(b). (DE#88). However, close review of the petitioner's
motion for reconsideration indicates that he is seeking
reconsideration of Judge Ungaro's final Order adopting the Report
and Recommendation of the Undersigned to deny the petitioner's
motion to vacate (DE#14). This Order was entered on July 2, 2002
and any attempt to reconsider this Order would be untimely.

     In any case, a motion for consideration of either Order should
be denied. The District Judge reviewed the petitioner's objections
before entering her final orders of dismissal. There is no reason
to change the final order. The petitioner's only recourse would be
to obtain permission from the Eleventh Circuit to review his
petition.

It is therefore recommended that the petitioner's motion for reconsideration (DE#96) be denied.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated at Miami, Florida, this 8th day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE


cc:  Marvin Griffin, Pro Se
     Address of record

     Counsel of record