UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20190-CIV-UNGARO
95-751-CR-UNGARO

MARVIN GRIFFIN,
    Petitioner,
v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Petitioner's Motion for District Court to Revisit Prior Ruling Based on a Clearly Erroneous Ruling That Has Now Proven to Be Flatly Mistaken, filed October 27, 2009.  (D.E. 96.)  The matter was referred to Magistrate Judge Patrick A. White, who issued a Report on December 8, 2009, recommending that the motion be denied. (D.E. 104.)  Petitioner filed timely objections to the Magistrate Judge's report on December 15, 2009 (D.E. 106), and the matter is now ripe for review.

In his Report, the Magistrate Judge notes that, while Petitioner's motion is docketed as a motion for reconsideration of the undersigned's Order Adopting Magistrate Judge White's Report and Recommendation to deny the Petitioner's Motion to Recuse and Motion for Relief from Judgment pursuant to Rule 60(b) (D.E. 88), the instant motion in fact seeks reconsideration of the undersigned's Order Affirming Magistrate's Report and Recommendation (D.E. 14) concerning Petitioner's original habeas petition, entered July 2, 2002.  The Magistrate Judge notes that "any attempt to reconsider this Order would be untimely,"and further states that "[i]n any case, a motion for consideration of either Order should be denied....  There is no reason to change the final order."  (D.E. 104.)

A review of the record reveals that, in the motion currently before the Court, Petitioner raises a new claim, on which he bases his request that the Court vacate his conviction. (D.E. 96.) He argues that this Court "erred in its factual findings and conclusions of law in declining to afford Griffin the entrapment instruction." (D.E. 96, at 3.) This claim, not raised in his original motion to vacate sentence (D.E. 1), is a new claim of trial error. Thus, the instant motion is not, in fact, a motion to revisit the Court's ruling on his previous § 2255 motion to vacate but is a new motion to vacate.

Section 2255 of Title 28 of the United States Code requires that, before presenting a second or successive motion, the moving party must obtain an order from the appropriate court of appeals authorizing the district court to consider the motion. 28 U.S.C. § 2255(h). Petitioner has filed a successive § 2255 motion without obtaining such an order from the Court of Appeals for the Eleventh Circuit.

Accordingly, having conducted a *de novo* review of the record, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is AFFIRMED to the extent that it found that Petitioner's motion (D.E. 96) should be DENIED.

DONE and ORDERED in Chambers, at Miami, Florida this 21st day of December, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Marvin Griffin, *pro se*